STATE OF CONNECTICUT *v.* ROBERT ARRINGTON*

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 518 (AC 23438), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court's ruling precluding evidence of a prosecution witness' intent to file a civil action against the defendant was harmless error?"

The Supreme Court docket number is SC 17170.

*Jeffrey R. Babbin* and *Kim E. Rinehart*, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided April 7, 2004

CECI BROTHERS, INC. *v.* FIVE TWENTY-ONE CORPORATION ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 419 (AC 23635), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Leonard A. Fasano*, in support of the petition.

Decided April 7, 2004